DLM

CA 07 022 ML

UNITED STATES DISTRICT COURT

PROVIDENCE, RHODE ISLAND

| | |
|---|---|
| SILVA WAYNE ANTHONY PLAINTIFF<br>VS.<br>VALERIE A. BRODEUR DEFENDANT<br>157 ROCKIND ST.<br>SOUTH DARTMOUTH, MA. 02714 | JURY TRIAL<br>COMPLAINT #<br>SENT 01/16/07 |

FORM 3 COMPLAINT ON A PROMISSORY NOTE

(1) ALLEGATION OF JURISDICTION.

(B) JURISDICTION ROUNDED ON THE EXISTENCE OF A FEDERAL QUESTION. THE ACTION ARISES UNDER [THE CONSTITUTION OF THE UNITED STATES ARTICLE III, SECTION 2(1)]; [THE 14TH AMENDMENT TO THE CONSTITUTION OF THE UNITED STATES, SECTION 1]; THE SECTION 11 OF THE SECURITIES ACT OF 1933 STATUE (15 U.S.C. § 77K) CREATES A CAUSE OF ACTION FOR FALSE STATEMENTS IN A REGISTRATION STATEMENT, U.S.C. TITLE (15 U,S,C, § 77V) SECTION 22 GRANTS THE DISTRICT COURT JURISDICTION OVER SUCH CLAIMS [FED. WRIT 1:00 CV 10258 PBS]; THE TREATY OF THE UNITED STATES ARTICLE I SECTION 10(1) IMPAIRING THE OBLIGATION OF CONTRACT BY USE OF STATE IS NOT ALLOWED FOR ARTICLE VI TREATIES UNDER ARTICLE III JUDICIAL POWER SHALL BE THE SUPREME LAW OF THE LAND. BREACH OF CONTRACT, SPECIFIC PERFORMANCE, 11/02/06 - 03/17/07 DEFRAUDING [MA. G.L. c. 266 § 52].

(2) DEFENDANT ON BRISTOL FALL RIVER MASS. SUPERIOR COURT SUMMONS # BRCV2006-00853-A SIGNED AS PROMISE WE NOTIFY YOU IN MOTION FOR TRUSTEE ATTACHMENT [FED. WRIT 10258 PBS 12 MILLION DOLLARS] HEARING AT WHICH TIME 07/26/06 YOU SHALL APPEAR AND SHOW CAUSE WHY MOTION SHALL NOT BE GRANTED. DEFENDANT DEFAULTED RULE 55(B)(1) ENTRY 08/25/06 WAS MADE BUT REQUIRED BY [MA. GL c 214, § 29] EXECUTION ISSUE AFTER 20 DAYS BY 14TH AMENDMENT SECTION (1), BUT DUE PROCESS IS DENIED TO DATE.

RELIEF: THREE MILLION DOLLARS.

PRO-SE: ATTORNEY [signature]

SILVA WAYNE ANTHONY 97 PARK ST., NEW BEDFORD, MA. 02740

UNITED STATES DISTRICT COURT
DISTRICT OF [redacted]
RHODE ISLAND

**ATTACHMENT 3**

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) SILVA WAYNE ANTHONY VS. VALERIE A. BRODEUR

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

| | | | |
|---|---|---|---|
| ___ | I. | 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT. | |
| XX | II. | 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, (850) 890, 892-894, 895, 950. | *Also complete AO 120 or AO 121 for patent, trademark or copyright cases |
| ___ | III. | 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891. | |
| ___ | IV. | 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900. | |
| ___ | V. | 150, 152, 153. | |

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.
NONE

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

YES ☐ NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)

YES ☒ NO ☐

IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

YES ☐ NO ☒

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

YES ☐ NO ☒

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF [redacted] ("GOVERNMENTAL AGENCIES"), RESIDING IN [redacted] RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

RESIDING IN RHODE ISLAND

YES ☐ NO ☒

A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

EASTERN DIVISION ☐ CENTRAL DIVISION ☐ WESTERN DIVISION ☐

B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

EASTERN DIVISION ☐ CENTRAL DIVISION ☐ WESTERN DIVISION ☐

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME PRO SE - SILVA WAYNE ANTHONY

ADDRESS 77 PARK ST., NEW BEDFORD, MA. 02740

TELEPHONE NO. ___

(Att3Cover sheet local.wpd - 11/27/00)

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

FIRST EXECUTION **FILE COPY** CIVIL ACTION NO. 1:00 CV 10258 PBS

To the United States Marshal for the District of Massachusetts or either of her Deputies and to RAY SYLVIA, BRISTOL COUNTY SHERIFF, Special Process Server: 108 COURT ST., NEW BEDFORD, MA. 02740-0928

WHEREAS SILVA W. ANTHONY 97 PARK ST. NEW BEDFORD, MA. has recovered judgment against PEOPLE ACTING IN COMMUNITY ENDEAVORS, INC., 166, WILLIAM ST. NEW BEDFORD, MA. 02742. on the 07 day of SEPTEMBER, 2005, RULE 36(A)(B), [redacted]#, for the sum of $ 12,000,000.00, debt or damage, pre-judgment interest in the amount of $ 83,757.44., and costs of this suit in the amount of $ 80.00., as to us appears of record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $ $ 12,083,837.44, in the whole, with interest thereon at the rate of 12 % from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees. 365 DAILY INTEREST RATE .032877 %.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at BOSTON, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this 29 day of November, [redacted] 2005.

SEAL

I hereby certify on 11/29 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on ________
☒ original filed in my office on 11/22/05
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: Christine Patch
Deputy Clerk

TONY ANASTAS, CLERK

By: Christine Patch
Deputy Clerk

DOCKETED

(1stexecu.wrt - 10/96) [writexec.]

filed 8/25/06

Form #38a

# COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.

SUPERIOR COURT
CIVIL ACTION
No. BRCV2006-00853

RECEIVED
Date: 8-25-06 (dla)
BRISTOL SUPERIOR COURT

SILVA WAYNE ANTHONY, Plaintiff(s)

*vs.*

FILE COPY

NEW BEDFORD P.A.C.E.
DEPT. HOUSING + DELOPMENT TRUSTEE, Defendant(s)

## REQUEST FOR DEFAULT
## PURSUANT TO MASS. RULES CIVIL PROCEDURE 55(a)

TO THE CLERK OF THE ABOVE NAMED COURT:

I, SILVA WAYNE ANTHONY, attorney for the above named plaintiff(s) SILVA WAYNE ANTHONY, state that the complaint in which a judgment for affirmative relief is sought against the defendant(s) herein, was filed on JULY 13 2006, and the summons and a copy of the complaint have been served on the defendant(s) herein on JULY 14, 2006, as appears from the officer's return. That the time within which the defendant(s) shall serve a responsive pleading or otherwise defend pursuant to Mass. R. Civ. P. 12(a), has expired and the defendant(s) herein has—have failed to serve or file an answer or otherwise defend as to the complaint.

Wherefore, the plaintiff(s) SILVA WAYNE ANTHONY, make(s) application that the defendant(s) NEW BEDFORD P.A.C.E ETC. be defaulted.

Dated at Taunton, Massachusetts, this 25 day of AUGUST 2006.

SIGNED UNDER THE PENALTIES OF PERJURY.

Silva Wayne Anthony

Attorney for Plaintiff(s)

Address: 97 PARK ST.
NEW BEDFORD, MA. 02740

Tel. No.

2SC 67

**Commonwealth of Massachusetts**
**County of Bristol**
**The Superior Court**

Civil Docket **BRCV2006-00853**

RE: Anthony v New Bedford P.A.C.E.

TO: Silva Wayne Anthony
97 Park Street
New Bedford, MA 02740

FILE COPY

## CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on **10/14/2006**:

*RE: Plff's Request Default Judgment MA. 55(b)(1)*

**is as follows:**

**MOTION (P#16) No action taken as default was removed on 10/11/06. (Peter R. Andrade, Asst. Clerk-Magistrate) Notices mailed 10/16/2006**

Dated at Fall River, Massachusetts this 16th day of October, 2006.

Marc J. Santos,
Clerk of the Courts

BY:

Peter R. Andrade / John F. Losowski
Assistant Clerk

Telephone: (508) 672-4464

Copies mailed 10/16/2006

**Commonwealth of Massachusetts**
**County of Bristol**
**The Superior Court**

CIVIL DOCKET# **BRCV2006-00853**

Silva Wayne Anthony, Plaintiff(s)
vs.
New Bedford P.A.C.E., Defendant(s)

**COPY**

Department of Housing & Community Development, Trustee Defendant

## SUMMONS AND ORDER OF NOTICE

To the above-named:

You are hereby summoned and required to serve upon **Silva Wayne Anthony**, plaintiff, whose address **97 Park Street, New Bedford, MA,** an answer to the complaint which is herewith served upon you. This must be done within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at Fall River either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

**WE ALSO NOTIFY YOU** that application has been made in said action, as appears in the motion for trustee attachment and that a hearing upon such motion will be held at the court house at said Bristol County Superior Court, in Fall River on 07/26/2006, at 02:00 PM in CtRm 1 (Fall River), at which time you may appear and show cause why such motion should not be granted.

**Witness, Barbara J. Rouse,** Esquire, Chief Justice of the Superior Court, at Taunton, Massachusetts this 12th day of July, 2006.

Valerie Y. Sirodeus

Assistant Clerk

**(AFFIX RETURN OF SERVICE ON BACK OF SUMMONS)**

**Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130**

**Commonwealth of Massachusetts**
**County of Bristol**
**The Superior Court**

CIVIL DOCKET# **BRCV2006-00853**

RE: **Anthony v New Bedford P.A.C.E.**

TO:Silva Wayne Anthony
97 Park Street
New Bedford, MA 02740

**FILE COPY**

**DEFAULT ORDER (Mass. R. CIV. P. 55a)**

The defendant(s) named below, having failed to plead or otherwise defend in the above referenced case as required by MRCP 12(a), is(are) hereby defaulted pursuant to MRCP 55(a):

**Default (55a) as to Defendant, New Bedford P.A.C.E.**

The plaintiff shall file:

1. A motion for an assessment of damages and default judgment pursuant to Mass. R.Civ.P.55(b)2 and subject to Mass.R.Civ.P.54(b) by **09/27/2006**, or

2. A request for Default Judgment pursuant to Mass.R.Civ.P. 55(b)1 and subject to Mass.R.Civ.P.54(b) by **09/27/2006**(contract-sum certain only).

Dated at Fall River, Massachusetts this 28th day of August, 2006.

Marc J. Santos,
Clerk of Courts

BY: Peter R Andrade
Peter R. Andrade, Assistant Clerk

Telephone: (508) 672-4464