UNITED STATES DISTRICT COURT
PROVIDENCE, RHODE ISLAND

| | | |
|---|---|---|
| SILVA WAYNE ANTHONY | PLAINTIFF | |
| VS. | | |
| VALERIE A. BRODEUR | DEFENDANT | # 07-022 ML |
| 157 ROCKLND ST. | | JURY TRIAL |
| SOUTH DARTHMOUTH, MA. 02714 | | SENT 01/29/07 |

FIRST AMENDED COMPLAINT

(1) ALLEGATION OF JURISDICTION.

(B) JURISDICTION FOUNDED ON THE EXISTENCE OF A FEDERAL QUESTION JURISDICTION 28 U.S.C. § 1331, DISPUTED IS MA. AND FEDERAL RULE 55(A)(B)(1) ENTERED 08/25/06 PURSUANT ARTICLE III QUESTIONING REMOVAL ADJECTIVE LAW NOT BEING ENFORCED? CLERK BELIEVES IT MEANS TRY AGAIN NEXT YEAR, SO AS TO DEFRAUD [MA. G.L. c. 266 § 52] FEDERAL FUNDS FROM 11/02/06 - 04/17/07. PUBLIC SECURITIES 15 U.S.C. § 77V NEGOTIABLE INSTRUMENT FED. WRIT 1:00 CV 10255 PBS, SHERIFF DID NOT WANT TO ENFORCE COLLECTION FROM IMPERTINENT MATTER VACATE SO TO REMEDY I HAD TO APPLY TO FALL RIVER SUPERIOR COURT CASE BRCV2006-00853 FOR TRUST ATTACHMENT. SUMMONS SOLE PRINCIPAL SIGNED BY DEFENDANT BRODEUR ACTUAL SPECIFIC PERFORMANCE ISSUE OF EX PARTE SUMMONS IN THE EVENT OF DEFAULT WHICH OCCURRED 07/26/06. QUESTION BREACH OF CONTRACT OBLIGATION IN ARTICLE 1, SECTION 10(1), WHERE IS EX PARTE SUMMONS?

ACTION ARISES UNDER [THE CONSTITUTION OF THE UNITED STATES ART. III, SEC. 2(1); [THE 14TH AMENDMENT TO CONSTITUTION OF THE UNITED STATES, SEC. (1), THE SEC. 11 OF THE SECURITIES ACT OF 1933 STATUE (15 U.S.C. § 77K) CREATES A CAUSE OF ACTION FOR FALSE STATEMENTS IN REGISTRATION STATEMENT, U.S.C. TITLE (15 U.S.C. § 77V) SEC. 22 GRANTS DISTRICT COURT JURISDICTION OVER CLAIMS.

RELIEF: EX PARTE TRUST AND/OR $ 3,000,000.00 ETC..

PRO-SE: ATTORNEY: Silva Wayne Anthony

SILVA WAYNE ANTHONY 97 PARK ST., NEW BEDFORD, MA. 02740

U.S. DIST. R.I. S. ANTHONY V. V. BRODEUR # 07-022 ML

28 U.S.C. § 1367(A) HAS ORIGINAL JURISDICTION SECURITIES 15 U.S.C. § 77V AND THUS EXCLUSIVE SUPPLEMENTAL PENDENT JURISDICTION CLAIM THAT FEDERAL COURT MAY HEAR CLAIMS ON BOTH F.Q. AND STATE CLAIMS [JAME + HAZARD, CIVIL PROCEDURE § 2.17 (3RD ED. 1985)].

JURISDICTION OVER PERSON AND CLAIM RELIEF CAN BE GRANTED DEF. NOT IMMUNE. PURSUANT 42 U.S.C.A. § 1983 PERSON OF ANY STATE DEPRIVED RIGHTS PRIVILEGES SECURED BY U.S. CONSTITUTION AMENDMENT XIV SECTION 1, HAS DEFENDANT LIABLE TO PLAINTIFF INJURED IN ACTION AT LAW FOR REDRESS DAMAGES. PURSUANT THIS STATUE AN ACTION FOR DAMAGES MAY BE BROUGHT IN A FEDERAL COURT AGAINST STATE OFFICERS BY PLAINTIFF ON AMENDMENT XIV SECTION 1, RIGHTS.

VENUE IN NON-DIVERSITY CASES 28 U.S.C. § 1391(B)(3) JUDICIAL DISTRICT WHERE DEFENDANT MAY BE FOUND IN TRAVEL OF CONVENIENCE, THE FIRST JUDICIAL CIRCUIT SAME AS MASS.. BUS RATE $ 16.00 RHODE ISLAND AND $ 23.00 BOSTON MAS...

WHY JURISDICTION LIES IN RHODE ISLAND IS BIAS AND PREJUDICE FROM JUDGE. 12/23/05 JUDGE PATTI B. SARIS VACATED FIRST EXECUTION 1:00 CV 10258 AS IN BIAS FOR DEFENDANT MOTION WAS NOT CERTIFIED AND WITHOUT HEARING. PLAINTIFF THEN MOTIONED 04/19/06 SESSIONS WITHOUT JURY [MA. G.L. c. 221, §§ 6 + 16] CLERK ADJECTIVE LAW RULES OVER JUDGE THAT ANY VACATE ORDER WOULD BE VOID, TO RULE 55(A)(B)(1) ARTICLE VI(2) JUDGE BOUND BY LAWS OF STATE. MA. RULE 60(B)(6)(b) MOTION UNDER SUBSECTION (6) DOES NOT EFFECT THE FINALITY OF A JUDGMENT OR SUSPEND ITS OPERATION. OTHER PREJUDICE IS SILVA WAYNE ANTHONY V. ATTORNEY GENERAL OF MASSACHUSETTS # 98-10186. NO ANSWER FROM DEFENDANT AND SARIS REFUSES TO HAVE RULE 55(A)(B)(2) HEARING. MOTIVE TO STALL PAYMENT INFRINGED U.S. PATENT 4,491,674 PAYMENT FEES AND THE CANCEL OF TWO FORGED PATENTS.

THE TREATY OF THE UNITED STATES;

U.S. DIST. R.I. S. ANTHONY V. V. BRODEUR # 07-022 ML

CLAIM PROMISSORY NOTE ATTACHED IS SUMMONS ANTHONY VS. NEW BEDFORD P.A.C.E. # 3RCV2006-00853, UPON WHICH ACTION IS BROUGHT. THE MAKER OF NOTE WHO SIGNED IS VALERIE A. BRODEUR. PROMISED WAS DEFENDANT MUST APPEAR TO SHOW CAUSE WHY MOTION FOR TRUSTEE ATTACHMENT SHOULD NOT BE GRANTED TO PLAINTIFF. THE AMOUNT IS WHAT FORM 2(A) SUMMONS TO TRUSTEE, DEPT. OF HOUSING & COMMUNITY DEVELOPMENT PAYS TO P.A.C.E. FROM 11/02/06 - 04/17/07, THAT UNDER THE PENALTY OF PERJURY MUST PAY IN FULL TO AVOID CONTEMPT OF COURT. NOTE WAS EXECUTED 07/12/06. ON SUMMONS IT SAID MUST APPEAR AT HEARING 07/26/06 TO SHOW WHY SUMMONS TO TRUSTEE SHOULD NOT BE GRANTED, BUT DEFENDANT DEFAULTED RULE 55(A)(B)(1) 07/26/06 & MA. G.L. c. 214, § 29 WRIT ISSUE IN 20 DAYS.

INSTANT ACTION IN THE FEDERAL COURT IS THE MASS. STATE IS NOT IN COMPLIANCE WITH U.S. CONSTITUTION AMENDMENT XIV[1868] SECTION (1) DUE PROCESS FORM 2(A) SUMMONS TO TRUSTEE ABRIDGING PRIVILEGES OF RULE 55(A)(B)-(1) TO DEPRIVE PROPERTY. 10/11/06 RULE 55(A)(B)(1) WAS REMOVED AGAINST MA. SUPREME TRIAL COURT RULE 11 UNIFORM MAGISTRATES RULES, RULE 2(A)(9) MAGISTRATE CANNOT REMOVE A DEFAULT FOR PARTY IS PRO-SE: ATTORNEY.

ATTACHED 08/03/06 TIMOTHY R. MCGUIRE ATTORNEY GENERAL THEY REPRESENT COURT OFFICIALS WHEN SUED, NOT PLAINTIFF?

ATTACHED 09/18/06 3RD DISTRICT NEW BEDFORD CRIMINAL DEFRAUD COMPLAINT ON V.A. BRODEUR DENIED ON FILING?

ATTACHED 10/25/06 FALL RIVER DISTRICT CRIMINAL DEFRAUD COMPLAINT VALCOURT DENIED FILING ON PETER R. ANDRADE.?

ATTACHED 01/08/07 JANE KENWORTHY LEWIS COMMITTEE ON CLERKS DISMISSED COMPLAINT ON BRODEUR?

DEMAND: TIMELY FORM 2(A) SUMMONS TO TRUSTEE!

RELIEF: $ 3,000,000.00 WITH COSTS AND INTEREST.

PRO-SE: ATTORNEY: [signature] 01/29/07

SILVA WAYNE ANTHONY 97 PARK ST., NEW BEDFORD, MA. 02740