**Commonwealth of Massachusetts**
**County of Bristol**
**The Superior Court**

CIVIL DOCKET# **BRCV2006-00853**

Silva Wayne Anthony, Plaintiff(s)
vs.
New Bedford P.A.C.E., Defendant(s)

COPY

Department of Housing & Community Development, Trustee Defendant

**SUMMONS AND ORDER OF NOTICE**

To the above-named:

You are hereby summoned and required to serve upon **Silva Wayne Anthony**, plaintiff, whose address **97 Park Street, New Bedford, MA**, an answer to the complaint which is herewith served upon you. This must be done within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at Fall River either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

**WE ALSO NOTIFY YOU** that application has been made in said action, as appears in the motion for trustee attachment and that a hearing upon such motion will be held at the court house at said Bristol County Superior Court, in Fall River on 07/26/2006, at 02:00 PM in CtRm 1 (Fall River) at which time you may appear and show cause why such motion should not be granted.

**Witness, Barbara J. Rouse,** Esquire, Chief Justice of the Superior Court, at Taunton, Massachusetts this 12th day of July, 2006.

Assistant Clerk

**(AFFIX RETURN OF SERVICE ON BACK OF SUMMONS)**

**Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130**

(Seal of the Court)

Clerk of Court

## FORM 2A. SUMMONS TO TRUSTEE

Commonwealth of Massachusetts — Superior Court Docket Number ______

Essex, ss.

A. B., Plaintiff
v. — Summons to Trustee *
C. D., Defendant
E. F., Trustee

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods, effects or credits, if any, of the defendant [name of defendant] of [defendant's address] are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff [name of plaintiff] of [plaintiff's address] whose attorney is [name of attorney] of [attorney's address] may recover in an action brought against said defendant in the Superior Court for Essex County, to the value of [amount for which goods are attached]. Such goods, effects, or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services, you are hereby notified that under Massachusetts law an amount not exceeding $125 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made. You are further notified that said defendant-employee may have a greater exemption under federal law than is granted under Massachusetts law. See Title III of the Federal Consumer Credit Protection Act, 15 U.S.C.A. § 1673.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant and $100 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same





time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c. 246, § 28A, $500 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500 exemption at any one time.

Witness ______, Esquire at ______, the ____ day of ______, 19__

(Seal of the Court)

Clerk of Court

[ ] MODIFIED SERVICE DATE ADHERE TO 11/02/06.

THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
Southeastern Massachusetts Division
105 Williams Street
New Bedford, Massachusetts 02740

THOMAS F. REILLY
ATTORNEY GENERAL

Tel: (508) 990-9700
Fax: (508) 990-8686
www.ago.state.ma.us

August 3, 2006

Mr. Wayne Silva
97 Park Street
New Bedford, MA 02740

Re: Your civil rights complaint of 8/2/06

Dear Mr. Silva:

Thank you for contacting the Office of the Attorney General. After review of your complaint, I regret that we will be unable to pursue this matter.

Regarding you complaint about the Bristol County Superior Court Clerk, Mr. Leddy, please be advised that this office represents court officials when they are sued for acts done in the scope of their employment. We cannot provide you with assistance with your complaint.

I would remind you that the court is prepared to hear you on your motion, your hearing date is 8/9/06. You will be able to make your argument to a judge at that time.

Again, I regret that we cannot assist you with this matter.

Very truly yours,

Timothy R. McGuire

**APPLICATION FOR CRIMINAL COMPLAINT**

APPLICATION NO. (COURT USE ONLY): 06/397

PAGE ___ of ___

**Trial Court of Massachusetts**
**District Court Department**

New Bedford District Court
75 North Sixth Street
New Bedford, MA 02740

I, the undersigned complainant, request that a criminal complaint issue against the accused charging the offense(s) listed below. If the accused **HAS NOT BEEN ARRESTED** and the charges involve:

☐ ONLY MISDEMEANOR(S), I request a hearing ☐ **WITHOUT NOTICE** because of an imminent threat of ☐ BODILY INJURY ☐ COMMISSION OF A CRIME ☐ FLIGHT ☐ **WITH NOTICE** to accused.

☑ ONE OR MORE FELONIES, I request a hearing ☑ **WITHOUT NOTICE** ☐ **WITH NOTICE** to accused.

☑ WARRANT is requested because prosecutor represents that accused may not appear unless arrested.

ARREST STATUS OF ACCUSED: ☐ HAS ☐ HAS NOT been arrested

## INFORMATION ABOUT ACCUSED

NAME (FIRST MI LAST) AND ADDRESS:
VALERIE A. BRODEUR
157 ROCKIND ST.
SOUTH DARTMOUTH MA. 02714

| BIRTH DATE | SOCIAL SECURITY NUMBER |
|---|---|
| | |

| PCF NO. | MARITAL STATUS |
|---|---|
| | |

| DRIVERS LICENSE NO. | STATE |
|---|---|
| | |

| GENDER | HEIGHT | WEIGHT | EYES |
|---|---|---|---|
| GIRL | 5'-10" | 140LBS | BLUE |

| HAIR | RACE | COMPLEXION | SCARS/MARKS/TATTOOS | BIRTH STATE OR COUNTRY | DAY PHONE |
|---|---|---|---|---|---|
| YELLOW | | WHITE | | | 508-992-2838 |

| EMPLOYER/SCHOOL | MOTHER'S MAIDEN NAME (FIRST MI LAST) | FATHER'S NAME (FIRST MI LAST) |
|---|---|---|
| | | |

## CASE INFORMATION

COMPLAINANT NAME (FIRST MI LAST): WAYNE A. SILVA

COMPLAINANT TYPE: ☐ POLICE ☑ CITIZEN ☐ OTHER — PD:

ADDRESS:
97 PARK ST
NEW BEDFORD, MA. 02740

PLACE OF OFFENSE: TAUNTON SUPERIOR COURT

INCIDENT REPORT NO.: — OBTN:

CITATION NO(S).:

| | OFFENSE CODE | DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | GLC 267 § 01 | FORGES PUBLIC RECORD BY DEFRAUD | 07/26/06 |
| | VARIABLES (e.g. victim name, controlled substance, type and value of property, other variable information; see Complaint Language Manual): DOES NOT ENTER SUMMARY NOTICE DEFAULT ON DOCKET | | |
| 2 | GLC. 267 § 05 | OBSTRUCTS TO DEFRAUD. | 08/25/06 |
| | VARIABLES: FILES DEFAULT PAPER BUT DOES NOT ENTER DEFAULT. | | |
| 3 | GLC 266 § 52 | GRAND LARCENY BY DEFRAUDING | |
| | VARIABLES: FED. CT. EXECUTION WRIT 1:00 CV 10258 FOR 12 MILLION DOLLARS | | |

REMARKS: PRINCIPAL ASSISTANT CLERK

COMPLAINANT'S SIGNATURE: X [signature] Wayne Silva

DATE FILED: 09/18/06

COURT USE ONLY → A HEARING UPON THIS COMPLAINT APPLICATION WILL BE HELD AT THE ABOVE COURT ADDRESS ON — DATE OF HEARING — AT — TIME OF HEARING — COURT USE ONLY

| DATE | PROCESSING OF NON-ARREST APPLICATION (COURT USE ONLY) | CLERK/JUDGE |
|---|---|---|
| | NOTICE SENT OF CLERK'S HEARING SCHEDULED ON: | |
| | NOTICE SENT OF JUDGE'S HEA... | |

...IGHT BY ACCUSED

...ETION

filed 9/21/06

| COMPLAINT DENIED | CLERK/JUDGE |
|---|---|
| ☐ NO PROBABLE CAUSE FOUND | [signature] 9/21/06 |
| ☐ REQUEST OF COMPLAINANT | |
| ☐ FAILURE TO PROSECUTE | |
| ☐ AGREEMENT OF BOTH PARTIES | |
| ☐ OTHER: | |

NEW BEDFORD
DISTRICT COURT
09/21/06 #000000
06397 #
CIS 15.00
SUBTTL 15.00
TOTAL 15.00
CASH 15.00
CHANGE .00
1 #ITEMS
CLERK X 9034
#24 #0000 08:55

END NO.

Commonwealth of Massachusetts
TRIAL COURT OF THE COMMONWEALTH
DISTRICT COURT DEPARTMENT
FALL RIVER DIVISION

RONALD A. VALCOURT
CLERK-MAGISTRATE

FIRST ASSISTANT CLERK-MAGISTRATE
DAVID J. CASSIDY

ASSISTANT CLERK-MAGISTRATE
SHARON HAGUE CORREIA

ASSISTANT CLERK-MAGISTRATE
KAREN A. ENG

Oct. 25, 2006

Mr. Wayne A. Silva
97 Park St.
New Bedford, MA. 02740

Re: Application for Criminal Complaint

Dear Mr. Silva,

We are in receipt of your Application For Criminal Complaint in which you allege that Assistant Clerk Peter R. Andrade, of the Superior Court of Bristol County, defrauded you with reference to a Superior Court matter. Please be advised that the allegations you make are felonious in nature, and that these types of charges must be brought by the appropriate Police Department or by the office of District Attorney or Attorney General, if after investigation, one of those agencies determines that there is probable cause to request such a complaint to issue.

The District Court has no jurisdiction over the administrative matters of the Superior Court. Accordingly, your Application For Criminal Complaint must be denied.

You can address your complaints in writing to Clerk of Courts Marc J. Santos. A copy of this correspondence and a copy of your Application and Affidavit will be forwarded to Clerk Santos, and to Assistant Clerk Peter R. Andrade.

Signed:

Ronald A. Valcourt
Clerk-Magistrate
Fall River District Court

encs.
cc: Clerk of Courts Marc J. Santos
Assistant Clerk Peter R. Andrade

SUPREME JUDICIAL COURT
COMMITTEE ON PROFESSIONAL RESPONSIBILITY
FOR CLERKS OF THE COURTS
JOHN ADAMS COURTHOUSE, ROOM 1-405
BOSTON, MASSACHUSETTS 02108-1724

TEL: (617) 557-1101
FAX: (617) 557-1145

January 8, 2007

Mr. Silva Wayne Anthony
97 Park Street
New Bedford MA 02740

Dear Mr. Silva:

This letter is to acknowledge receipt of your letter dated December 1, 2006, by the Committee on Professional Responsibility for Clerks of the Courts. The Committee has considered your letter and the docket sheet in the case with which you are concerned.

As no misconduct of a clerk-magistrate withing the meaning of the Code of Professional Responsibility for Clerks of the Courts has been alleged or demonstrated, your complaint has been dismissed.

Very truly yours,

Jane Kenworthy Lewis
Secretary to the Committee