UNITED STATES DISTRICT COURT

RHODE ISLAND

| | | |
|---|---|---|
| SILVA WAYNE ANTHONY | PLAINTIFF | 1:07-CV-00022-ML-DLM |
| VS. | | JURY TRIAL REQUEST |
| VALERIE A. BRODEUR | DEFENDANT | MOTION 02/28/07 |

OBJECTION JUDICIAL QUESTIONING VOID IMPROPER FED. RULE EVIDENCE 605 FORBIDS REPORT AND RECOMMENDATION TESTIMONY

[01] TITLE OBJECTION F.R.E. 605 THE JUDGE PRESIDING AT THE TRIAL MAY NOT TESTIFY IN THAT TRIAL AS A WITNESS. NO OBJECTION NEED BE MADE IN ORDER TO PRESERVE THE POINT [CASE IN MEMORANDUM 2nd PAGE].

[02] OBJECTION JURISDICTION OF EXPERT TESTIMONY IMPROPER FOR EXPERT DOES NOT HAVE REASONABLE AMOUNT OF DATA TO CONCLUDE: F.R.E. 703 OPINION NOT ADMISSIBLE IN EVIDENCE FOR F.R.E. 801(A)(1) HEARSAY, EXTRA BASIS TO EXERCISE JURISDICTION IS SPECIFIC EXCLUSIVE JURISDICTION OF SECURITIES EXCHANGE ACT 1934 15 U.S.C. § 78aa. SECURITIES VENUE IS 15 U.S.C. § 78aa, IN FIRST CIRCUIT DISTRICT WITHIN FIFTY MILES OF VIOLATION WHERE DEFENDANT IS FOUND.

[03] OBJECTION HYPOTHETICAL QUESTIONS IMPROPER FOR MISSTATES THE EVIDENCE ON TOP OF PAGE THREE IS CLAIM, AND BECAUSE THE COURT FINDS THE PAPERS INCOMPREHENSIBLE QUESTION EMBRACES ONLY CONTROVERTED FACTS, AND CONTAINS NO FACTS WHICH ARE FREE FROM DISPUTE. F.R.E. 705 EXPERT REQUIRED MORE CROSS-EXAMINATION OF UNDERLYING DATA.

[04] OBJECTION REPETITIVE, ANSWERED F.R.E. 403 AGAIN.

[05] OBJECTION IN FORMA PAUPERIS LEAVE STIPULATED IN MA. BOSTON FED. COURT 1:00 CV 10258 & MA. FALL RIVER SUPERIOR COURT BRCV2006-00853.

WAIVER OF SUMMONS CERTIFIED TO DEFENDANT 02/14/07.

RELIEF: FORM 2A SUMMONS ETC. AND / OR $ 3,000,000.00.

PRO-SE: ATTORNEY: Silva Wayne Anthony

SILVA WAYNE ANTHONY

[01] <> [03] 97 PARK ST., NEW BEDFORD, MA. 02740

UNITED STATES DISTRICT COURT
RHODE ISLAND

| | | |
|---|---|---|
| SILVA WAYNE ANTHONY | PLAINTIFF | 1:07-CV-00022-ML-DLM |
| VS. | | JURY TRIAL REQUEST |
| VALERIE A. BRODEUR | DEFENDANT | MEMORANDUM 02/28/07 |

OBJECTION JUDICIAL QUESTIONING VOID IMPROPER FED. RULE EVIDENCE 605 FORBIDS REPORT AND RECOMMENDATION TESTIMONY

[06) TITLE OBJECTION F.R.E. 605 THE JUDGE PRESIDING AT THE TRIAL MAY NOT TESTIFY IN THAT TRIAL AS A WITNESS. NO OBJECTION NEED BE MADE IN ORDER TO PRESERVE THE POINT [SEE UNITED STATES V. MACEO, 947 F. 2D 1191, 200 (5th CIR. 1991), CERT. DENIED, 112 S. CT. 1510 (1992)].

[07) OBJECTION JURISDICTION OF EXPERT TESTIMONY IMPROPER FOR EXPERT DOES NOT HAVE REASONABLE AMOUNT OF DATA TO CONCLUDE: F.R.E. 703 OPINION NOT ADMISSIBLE IN EVIDENCE FOR F.R.E. 801(A)(1) HEARSAY, EXTRA BASIS TO EXERCISE JURISDICTION IS SPECIFIC EXCLUSIVE JURISDICTION OF SECURITIES EXCHANGE ACT 1934 15 U.S.C. § 78aa. SECURITIES VENUE IS 15 U.S.C. § 78aa, IN FIRST CIRCUIT DISTRICT WITHIN FIFTY MILES OF VIOLATION WHERE DEFENDANT IS FOUND.

[08) OBJECTION HYPOTHETICAL QUESTIONS IMPROPER FOR MISSTATES THE EVIDENCE ON TOP OF PAGE THREE IS CLAIM, AND BECAUSE THE COURT FINDS THE PAPERS INCOMPREHENSIBLE QUESTION EMBRACES ONLY CONTROVERTED FACTS, AND CONTAINS NO FACTS WHICH ARE FREE FROM DISPUTE. F.R.E. 705 EXPERT REQUIRED MORE CROSS-EXAMINATION OF UNDERLYING DATA.

[09) OBJECTION REPETITIVE, ANSWERED F.R.E. 403 AGAIN.

[10) OBJECTION IN FORMA PAUPERIS LEAVE STIPULATED IN MA. BOSTON FED. COURT 1:00 CV 10258 & MA. FALL RIVER SUPERIOR COURT BRCV2006-00253.

RELIEF: FORM 2A SUMMONS ETC. AND / OR $ 3,000,000. .

PRO-SE: ATTORNEY: *Silva Wayne Anthony*

SILVA WAYNE ANTHONY

[02) <> [03) 97 PARK ST., NEW BEDFORD, MA. 02740

UNITED STATES DISTRICT COURT

RHODE ISLAND

| | |
|---|---|
| SILVA WAYNE ANTHONY PLAINTIFF | 1:07-CV-00022-ML-DLM |
| VS. | JURY TRIAL REQUEST |
| VALERIE A. BRODEUR DEFENDANT | CERTIFY 02/28/07 |

MILITARY AFFIDAVIT

I, SILVA WAYNE ANTHONY, ON OATH DEPOSE AND SAY THAT THE DEFENDANT IN THE ABOVE NAMED ACTION IS NOT AN INFANT OR INCOMPETENT PERSON FOR PURPOSES OF WRIT OR IN THE MILITARY SERVICE OF THE UNITED STATES OR ANY OF ITS ALLIES.

PROOF OF SERVICE

I, HEREBY CERTIFY AND RETURN THAT ON 02/28/07, I SERVED A COPY OF THE WITHIN MOTION, OBJECTION JUDICIAL QUESTIONING VOID IMPROPER FED. RULE EVIDENCE 605 FORBIDS REPORT AND RECOMMENDATION TESTIMONY; ON DEFENDANT BY FIRST CLASS PRE-PAID MAIL.

VALERIE A. BRODEUR 157 ROCKIND ST., SOUTH DARTMOUTH MA. 02714. [OR ADDRESS BELOW].

PRO-SE: ATTORNEY: Silva Wayne Anthony

SILVA WAYNE ANTHONY
UNITED STATES PATENT 4,481,674
FED. WRIT 1:00 CV 10258 PBS
97 PARK ST., NEW BEDFORD, MA. 02740