UNITED STATES DISTRICT COURT
PROVIDENCE, RHODE ISLAND

| | |
|---|---|
| SILVA WAYNE ANTHONY PLAINTIFF<br>VS.<br>VALERIE A. BRODEUR DEFENDANT<br>INTERFERENCE<br>JOINDER OF IMPROPER ACTION<br>RONALD A. PAULINE<br>695 PLEASANT ST.<br>NEW BEDFORD, MASS. 02740 | 1:07-CV-0022-ML-DLM<br>SENT 02/28/07<br>MOTION |

SANCTION U.S. CODE TITLE 18 SECTION 1702 TAMPERS AND OBSTRUCTS CERTIFIED MAIL THAT IS TIMED WAIVER.

[01) THE STATUE ABOVE WILL NOT ALLOW CIVIL COURT TO CHARGE FIVE YEARS CRIMINAL CHARGE BUT WILL ALLOW THE $ 2,000.00 FINE AS SANCTION. JOINDER IS PRINCIPAL IN THE SECOND DEGREE. JURISDICTION AND VENUE 18 U.S.C.A. § 3237 CONTINUING OFFENSE BY MAIL.

[02) THIS IS TO JOINT TO THE CASE NOT COMPLAINT AT THIS TIME FOR FINE, COLLECT THE MAIL COSTS $ 3.27.

[03) ON 02/14/07 I MAILED 7006 0100 0002 3926 4268 CERTIFIED MAIL TO VALERIE BRODEUR THAT CONTAINED WAIVER OF PROCESS FORMS ETC.. CLERK AT WINDOW # 13 WRITE ROCKLAND ST. AND DIFFERENT ZIP CODE 02748, CROSSING OUT 02714. 02/20/07 I GET RECEIPT PICK UP MAIL AT POST OFFICE FOR ADDRESS UNKNOWN. I RE-MAIL COMPLAINT AND WAIVER TO BRODEUR 02/22/07 AT ZIP 02714 TELLING HER TO PICK UP MAIL AT WINDOW [BILL SLIP 1000400262332 BY CLERK 13]. THIS MAIL DID NOT COME BACK. ON 02/28/07 I SAID WILL MAIL WITH NEW LABEL AND POSTAGE AND THEY SAID NEW CERTIFIED ENVELOPE TO CHANGE DATE. DID NOT CARE ABOUT FINE OR POSSIBLE JOINDER.

RELIEF: COURT SANCTION ABOVE AND COSTS $ 5.00.

PRO-SE: ATTORNEY: Silva Wayne Anthony
SILVA WAYNE ANTHONY

[01) <> [03) 97 PARK ST., NEW BEDFORD, MA. 02740

UNITED STATES DISTRICT COURT
PROVIDENCE, RHODE ISLAND

| | |
|---|---|
| SILVA WAYNE ANTHONY PLAINTIFF<br>VS.<br>VALERIE A. BRODEUR DEFENDANT<br>INTERFERENCE<br>JOINDER OF IMPROPER ACTION<br>RONALD A. PAULINE<br>695 PLEASANT ST.<br>NEW BEDFORD, MASS. 02740 | 1:07-CV-0022-ML-DLM<br>SENT 02/28/07<br>MEMORANDUM |

SANCTION U.S. CODE TITLE 18 SECTION 1702 TAMPERS AND OBSTRUCTS CERTIFIED MAIL THAT IS TIMED WAIVER.

[01) THE STATUE ABOVE WILL NOT ALLOW CIVIL COURT TO CHARGE FIVE YEARS CRIMINAL CHARGE BUT WILL ALLOW THE $ 2,000.00 FINE AS SANCTION. JOINDER IS PRINCIPAL IN THE SECOND DEGREE. JURISDICTION AND VENUE 18 U.S.C.A. § 3237 CONTINUING OFFENSE BY MAIL.

[02) THIS IS TO JOINT TO THE CASE NOT COMPLAINT AT THIS TIME FOR FINE, COLLECT THE MAIL COSTS $ 3.27.

[03) ON 02/14/07 I MAILED 7006 0100 0002 3926 4268 CERTIFIED MAIL TO VALERIE BRODEUR THAT CONTAINED WAIVER OF PROCESS FORMS ETC.. CLERK AT WINDOW # 13 WRITE ROCKLAND ST. AND DIFFERENT ZIP CODE 02748, CROSSING OUT 02714. 02/20/07 I GET RECEIPT PICK UP MAIL AT POST OFFICE FOR ADDRESS UNKNOWN. I RE-MAIL COMPLAINT AND WAIVER TO BRODEUR 02/22/07 AT ZIP 02714 TELLING HER TO PICK UP MAIL AT WINDOW [BILL SLIP 1000400262332 BY CLERK 13]. THIS MAIL DID NOT COME BACK. ON 02/28/07 I SAID WILL MAIL WITH NEW LABEL AND POSTAGE AND THEY SAID NEW CERTIFIED ENVELOPE TO CHANGE DATE. DID NOT CARE ABOUT FINE OR POSSIBLE JOINDER.

RELIEF: COURT SANCTION ABOVE AND COSTS $ 5.00.

PRO-SE: ATTORNEY: Silva Wayne Anthony
SILVA WAYNE ANTHONY

[02) <> [03) 97 PARK ST., NEW BEDFORD, MA. 02740

UNITED STATES DISTRICT COURT
PROVIDENCE, RHODE ISLAND

| | | |
|---|---|---|
| SILVA WAYNE ANTHONY PLAINTIFF | | |
| VS. | | |
| VALERIE A. BRODEUR DEFENDANT | | |
| INTERFERENCE | | 1:07-CV-0022-ML-DLM |
| JOINDER OF IMPROPER ACTION | | SENT 02/28/07 |
| RONALD A. PAULINE | | CERTIFICATION |

MILITARY AFFIDAVIT

I, SILVA WAYNE ANTHONY, ON OATH DEPOSE AND SAY THAT THE DEFENDANT IN THE ABOVE ACTION IS NOT AN INFANT OR INCOMPETENT PERSON FOR PURPOSES OF FINE, OR IN THE MILITARY SERVICE OF THE UNITED STATES OR ANY OF ITS ALLIES.

PROOF OF SERVICE

I, HEREBY CERTIFY AND RETURN THAT ON 03/01/07, I SERVED A COPY OF THE WITHIN MOTION SANCTION U.S. CODE TITLE 18 SECTION 1702 TAMPERS AND OBSTRUCTS CERTIFIED MAIL THAT IS TIMED WAIVER; ON DEFENDANT BY FIRST CLASS MAIL PRE-PAID.

RONALD A. PAULINE [POSTMASTER]
695 PLEASANT ST., NEW BEDFORD MA. 02740

PRO-SE: ATTORNEY: Silva Wayne Anthony
SILVA WAYNE ANTHONY

(R) SILVA WAYNE ANTHONY
UNITED STATES PATENT 4,481,674
CANADA PATENT 1,196,061
FED UNIT 1:07 CV 10258 PBS
POWER OF ATTORNEY 1987
PROSECUTOR 2005
97 PARK ST, NEW BEDFORD
MASSACHUSETTS 02740

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL™**

7006 0100 0002 3926 4268

U.S. POSTAGE PAID
NEW BEDFORD, MA
02740
FEB 14 '07
AMOUNT
UNITED STATES POSTAL SERVICE
0000
$3.27
00048304-13

NRLD 2-20 DE

**FIRST CLASS**

RETURNED

**ATTEMPTED NOT KNOWN**

Name 2-20
1st Notice 2-28
2nd Notice 3-7
Return Rent letter

Unknown

VALERIE A. BRODEUR
157 ~~ROCKIND~~ ROCKLAND ST.
SOUTH DARTMOUTH, MASS. 02748

NRCW 2/20 DE