UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SILVA WAYNE ANTHONY

v. CA 07-022 ML

VALERIE A. BRODEUR

ORDER

This matter is before the Court on review of a Report and Recommendation issued by Magistrate Judge Martin on February 15, 2007. I have reviewed the Report and Recommendation and the Plaintiff's objection, and adopt the Report and Recommendation in its entirety. Plaintiff's First Amended Complaint is DISMISSED and his Application to Proceed in forma pauperis is DENIED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief Judge
March 2 , 2007