UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**SILVA WAYNE ANTHONY**

**VS.** **C.A. NO. 07-22ML**

**VALERIE A. BRODEUR**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the defendant, Valerie a. Brodeur, against the plaintiff, Silva Wayne Anthony, pursuant to the Order dated March 2, 2007 DENYING plaintiff's Motion to Proceed In Forma Pauperis and DISMISSING the First Amended Complaint.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: March 2, 2007