UNITED STATES DISTRICT COURT
PROVIDENCE, RHODE ISLAND

| | | |
|---|---|---|
| SILVA WAYNE ANTHONY | PLAINTIFF ] | |
| vS. | ] | 1:07-CV-0022-ML |
| VALERIE A. BRODEUR | 2nd PARTY] | JURY VII AMEND. |
| vS. | ] | SENT 04/18/07 |
| UNITED STATES AMERICA | 3rd PARTY] | |

MOTION R. 4(a)(c)(2) REQUEST U.S. MARSHAL SERVICE
28 U.S.C. § 1915, SUMMON SERVED A 3rd PARTY AMEND. I

[01) MUST SERVE SUMMONS NOW FOR DEFENDANT FAILED TO RESPOND FROM WAIVER FORM 1(a) & 1(b) MAILING OF 03/16/07, WHEN 3rd PARTY COMPLAINT AND MOTION WAS SENT TO COURT. AMENDMENT I, PETITION REDRESS DAMAGES.

RELIEF: 2nd PARTY AMENDED 03/28/07 $ 23,520,000.00, 3rd PARTY 100 TRILLION DOLLARS [CASE 2nd PAGE].

PRO-SE: ATTORNEY: Silva Wayne Anthony
SILVA WAYNE ANTHONY
FED. WRIT 1:00 CV 10258 PBS
97 PARK ST., NEW BEDFORD
MASSACHUSETTS 02740

UNITED STATES DISTRICT COURT
PROVIDENCE, RHODE ISLAND

| | |
|---|---|
| SILVA WAYNE ANTHONY PLAINTIFF ] | |
| vS. ] | 1:07-CV-0022-ML |
| VALERIE A. BRODEUR 2nd PARTY] | JURY VII AMEND. |
| vS. ] | SENT 04/18/07 |
| UNITED STATES AMERICA 3rd PARTY] | |

MEMORANDUM R. 4(a)(c)(2) REQUEST U.S. MARSHAL SERVICE 28 U.S.C. § 1915, SUMMON SERVED A 3rd PARTY AMEND. I

[02) MUST SERVE SUMMONS NOW FOR DEFENDANT FAILED TO RESPOND FROM WAIVER FORM 1(a) & 1(b) MAILING OF 03/16/07, WHEN 3rd PARTY COMPLAINT AND MOTION WAS SENT TO COURT. AMENDMENT I, PETITION REDRESS DAMAGES.

[03) 2nd PARTY REQUEST MOTION WAS MAILED 03/28/07, TO SEND SUMMONS.

RELIEF: 2nd PARTY AMENDED 03/28/07 $ 23,520,000.00, 3rd PARTY 100 TRILLION DOLLARS [U.S.A. COURT OF FEDERAL CLAIMS SILVA WAYNE ANTHONY vS. UNITED STATES JUSTICE DEPT. 02-240 C FILED 03/27/02].

PRO-SE: ATTORNEY: Silva Wayne Anthony

SILVA WAYNE ANTHONY
FED. WRIT 1:00 CV 10258 PBS
U.S.A. PATENT 4,481,674
CANADA PATENT 1,196,061
97 PARK ST., NEW BEDFORD
MASSACHUSETTS 02740

Anthony v. Brodeur + U.S.A. 1:07-cv-0022 R.I. U.S. Dist.

## Proof of Certification

I, Hereby Certify and Return That on 04/18/07, I Served a Copy of the Motion R. 4(a)(c)(2) Request U.S. Marshal Service 28 U.S.C. § 1915, Summons Served a 3rd Party Amend. I, on Both Defendants Including U.S. Attorney Washington D.C. to Provide Notice of Suit.

Valerie A. Brodeur [Superior Court]
9 Court St., Rm 13, Taunton, Ma. 02780-3244.

United States Attorney, United States District Court
Providence, Rhode Island 02903-1779.

U.S. Attorney, Civil Division
Commercial Litigation Branch
Dept. of Justice, Rm 9030
Todd Building, 550 11th Street N.W.
Washington, D.C. 20530

I, Declare Under Penalties of Perjury the Foregoing is True.

Pro-se: Attorney: Silva Wayne Anthony

Silva Wayne Anthony
97 Park St., New Bedford
Massachusetts 02740