UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SILVA WAYNE ANTHONY, Plaintiff, | : | |
| v. | : | |
| | : | CA 07-022 ML |
| VALERIE A. BRODEUR, Defendant. | : | |

**ORDER DENYING**
**REQUEST FOR SERVICE**

Before the Court is the motion filed by Plaintiff Silva Wayne Anthony ("Plaintiff") on April 19, 2007, which appears to request that the U.S. Marshals Service serve a summons. See Document ("Doc.") #10. However, Plaintiff no longer has a pending action in this Court. On March 2, 2007, Chief Judge Mary M. Lisi issued an order adopting the Report and Recommendation of this Magistrate Judge, dismissing Plaintiff's Complaint, and denying his Application to Proceed in Forma Pauperis. See Order of 3/2/07 (Doc. #8). Judgment was entered for Defendant Valerie A. Brodeur against Plaintiff that same date, see Judgment (Doc. #9), and the case was closed. Accordingly, Plaintiff's motion requesting service by the U.S. Marshals Service is DENIED.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
April 24, 2007