United States District Court
Providence, Rhode Island

| | |
|---|---|
| Silva Wayne Anthony Plaintiff | |
| vs. | Amended 2nd Party |
| State Of Massachusetts 2nd Party | Jury Trial? |
| vs. | # 1:07-cv-00022-ML |
| United States 3rd Party | Sent MAY / 01 /07 |

Motion R. 72[a] No District Judge Appeared, Waived Closure R. 4[n] No Summons Served, Final Remedies Seizure Property, R. 64 Appoint Receiver R. 66 Officer of Court.

[1] Note Second Amended Complaint Sent With This Motion. No District Judge Appeared To Rule On Case. So Case Not Closed Rule 8[d] Admitted.

[2] Appointment of Receiver From Title Right to Property in Question. A Receiver Is An Officer Of the Court.

Relief: Rule Seizure Attachment U.C.C. § 9-203 Complaint Claims.

Pro-se Attorney Silva Wayne Anthony

Silva Wayne Anthony
Fed. Writ 1:00 cv 10258 Pbs
97 Park St., New Bedford
Massachusetts 02740

United States District Court
Providence, Rhode Island

| | |
|---|---|
| Silva Wayne Anthony Plaintiff<br>vs.<br>State Of Massachusetts 2nd Party<br>vs.<br>United States 3rd Party | Amended 2nd Party<br>Jury Trial?<br># 1:07-cv-00022-ML<br>Sent MAY / 01 /07 |

Memorandum R. 72[a] No District Judge Appeared, Waived Closure R. 4[n] No Summons Served, Final Remedies Seizure Property, R. 64 Appoint Receiver R. 66 Officer of Court.

[3] Note Second Amended Complaint Sent With This Motion. No District Judge Appeared To Rule On Case. So Case Not Closed Rule 8[d] Admitted.

[4] Appointment of Receiver From Title Right to Property in Question [99 S.W. 2d 28, 30]. A Receiver Is An Officer Of the Court [Booth v. Clark, 17 How 322 [58 u.s. 322 [1854].

Relief: Rule Seizure Attachment U.C.C. § 9-203 Complaint Claims.

Pro-se Attorney Silva Wayne Anthony

Silva Wayne Anthony
97 Park St., New Bedford
Massachusetts 02740

U.S. Dist. R.I. Anthony vS. Ma. + U.S.A. # 07-022 ML

## Proof Of Certification

I Hereby Certify And Return That on MAY/01 /07 I Served a Copy Of the Second Amended Complaint And Motion R. 72[a] No District Judge Appeared, Waived Closure R. 4[n] No Summons Served, Final Remedies Seizure Property R. 64 Appoint Receiver R. 66 Officer Of Court, On Both Defendants Counsel Listed Below By First Class Pre-paid Mail.

U.S. Attorney Civil Division
Commercial Litigation Branch
Dept. Of Justice Rm 9030
Todd Building, 550 11th St. N.W.
Washington D.C. 20530

Leslie B. Greer
Attorney General
200 Portland St.
Boston, Mass. 02114

I Declare Pursuant Penalties Of Perjury the Foregoing is True.

Pro-se Attorney Silva Wayne Anthony

Silva Wayne Anthony
97 Park St., New Bedford
Massachusetts 02740

United States District Court
Providence, Rhode Island

| | |
|---|---|
| Silva Wayne Anthony Plaintiff | |
| vS. | Form Four |
| State Of Massachusetts 2nd Party | Jury Trial? |
| vS. | # 1:07-cv-00022-ML |
| United States 3rd Party | Sent MAY / 01 /07 |

Second Amended Complaint

[1] Allegation Of Jurisdiction.
[b] Jurisdiction Rounded On the Existence Of a Federal Question Jurisdiction 28 U.S.C. § 1331, Controversy Rule Many 55[a][b][1] not Enforced? Rule 4[n][2] Must Seize Asserts. Action Arises Under the Constitution Of the United States Art. III, Sec. [1+2] [the XIV Amendment To the Constitution Of the United States; Section 11 Of the Securities Act Of 1933 Statue [15 U.S.C. § 77k] Creates Cause Of Action, U.S.C. Title [15 U.S.C. § 77v] Sec. 22 Grants Jurisdiction as [28 U.S.C. § 1391[b]]; And Exclusive Jurisdiction [15 U.S.C. § 78aa] as Hereafter More Fully Appears.
[2] Fall River Superior Brcv2006-00853 $ 23,520,000.00. Trust Of Boston Fed. Writ 1:00 cv 10258.
[3] Taunton Superior Brcv2005-01010 $ 1,221,666.69.
[4] Boston Superior Sucv2003-01075 $ 62,400.00 and 3rd Party $ 936,000.00.
[5] 3rd Party, Court Of Federal Claims Wash. D.C. 1:02-cv-00240, $ 114,000,000,000,000.00.
Relief: Rule Seizure Attachment U.C.C. § 9-203 Above.
Pro-se: Attorney: Silva Wayne Anthony

Silva Wayne Anthony
97 Park St., New Bedford
Massachusetts 02740

[6] W.D.C. Superior Ct. 92 CAL 00510 $ 1,020,000,000,000.00