Case 1:07-cv-00022-ML-DLM Document 12 Filed 04/26/2007 Page 1 of 1

No Response

United States District Court
Providence, Rhode Island

| | | |
|---|---|---|
| Silva Wayne Anthony Plaintiff | | |
| vs. | | |
| Valerie A. Brodeur 2nd Party | | 1:07-cv-0022-ML |
| vs. | | Sent 04/21/07 |
| United States America 3rd Party | | |

Plaintiff Request For Default Judgment Rule 55(b](1]

Now Comes the Plaintiff Silva Wayne Anthony in the Above Entitled Action and Says That the Defendant Valerie A. Brodeur Was Defaulted From Waiver (1a + b] Issue 02/14/07 by Certified Mail 7006 0100 0002 3926 4268 in 60 Days and 03/28/07 Marshal Serve Summons Brodeur, and That His Claim is For a Sum Which By Computation Be Made Certain; Wherefore the Plaintiff Requests That Judgment Enter Against the Defendant In the Amount of Amended 03/28/07 $ 23,520,000.00, Together With Interest At 14 Percent [New Bedford City Tax Rate] and Costs $ 30.00.

Affidavit

I, Silva Wayne Anthony, on Oath Depose and Say That the Defendant Valerie A. Brodeur, In the Above Action Is Not in the Military Service of the United States or its Allies as Defined in the Soldiers and Sailors Civil Relief Act of 1940 as Amended, But is at Present Address unknown But at Work the Superior Court 9 Court St., RM 13, Taunton Ma. 02780-3244 and That the Defendant is Not an Infant Nor Incompetent Person.

Subscribed This 21 Day of April 2007, Under the Penalties of Perjury.

Silva Wayne Anthony

Silva Wayne Anthony
97 Park Street New Bedford Massachusetts 02740

Denied. Case is closed. Mary M. Lisi USDJ 5/16/07