United States District Court

Providence, Rhode Island

| | | |
|---|---|---|
| Silva Wayne Anthony | Plaintiff | |
| vs. | | |
| State Of Massachusetts | 2nd Party | 1:07-cv-00022-ml |
| vs. | | Sent June 12, 2007 |
| United States | 3rd Party | |

Motion Clerk / Magistrate Want Proof Of Seizure Of Second Amended Complaint Five Cases 05/01/07

Want To Know What Happened To Second Amended Complaint May 01, 2007 And Its Motion For Seizure Of Five Suits Of Rule 55[b][1]? Seizure Is Supposed To Be Fast. Believe You Are Talking To Someone Outside The Court To Stall The Case And Make Every Possible Wrong For Plaintiff And Right For Defendants.

Seizure Solves Problem Of Jurisdiction Are Costs Are Taken From seizure To Pay Court Cost E.T.C..

Note Interest On # six In Complaint Is One Trillion 210 Billion Dollars Not One Trillion Twenty Billion Dollars, Write That On Form.

Note Instance Seizure And Notice Could Possibly avert Meaning Stop 300 Trillion Suit File On U.S.A.. Relief: Seizure Attachment U.C.C. § 9-203 Of 2nd Amended Complaint 05/01/07 # 2-6 Cash Amounts.

Pro-se Attorney [signature]

Silva Wayne Anthony
United States Patent 4,481,674
Canada Patent 1,196,061
Fed. Writ 1:00 cv 10258 Pbs
97 Park St. New Bedford Mass. 02740

United States District Court
Providence, Rhode Island

| | | |
|---|---|---|
| Silva Wayne Anthony Plaintiff | | |
| vs. | | |
| State Of Massachusetts 2nd Party | | 1:07-cv-00022-ml |
| vs. | | Sent June 12, 2007 |
| United States 3rd Party | | |

Memorandum Clerk / Magistrate Want Proof Of Seizure Of Second Amended Complaint Five Cases 05/01/07

Want To Know What Happened To Second Amended Complaint May 01, 2007 And Its Motion For Seizure Of Five Suits Of Rule 55[b][1]? Seizure Is Supposed To Be Fast. Believe You Are Talking To Someone Outside The Court To Stall The Case And Make Every Possible Wrong For Plaintiff And Right For Defendants.

Seizure Solves Problem Of Jurisdiction Are Costs Are Taken From seizure To Pay Court Cost E.T.C..

Note Interest On # six In Complaint Is One Trillion 210 Billion Dollars Not One Trillion Twenty Billion Dollars, Write That On Form.

Note Instance Seizure And Notice Could Possibly avert Meaning Stop 300 Trillion Suit File On U.S.A..

Relief: Seizure Attachment U.C.C. § 9-203 Of 2nd Amended Complaint 05/01/07 # 2-6 Cash Amounts.

Pro-se Attorney [signature]

Silva Wayne Anthony
United States Patent 4,481,674
Canada Patent 1,196,061
Fed. Writ 1:00 cv 10258 Pbs
97 Park St. New Bedford Mass. 02740